| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| WILLIAM L BERG ESQ., Bar #92095<br>BERG INJURY LAWYERS<br>640 WATT AVENUE<br>SUITE 100<br>SACRAMENTO, CA 95864<br>Telephone No: 916-641-5800    FAX No: 916-641-2629 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: LINDA TONEY | | |
| Defendant/Cross Complainant: JETBLUE AIRWAYS CORPORATION | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:12-cv-02139 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; BLANK STIPULATION FOR VDRP

3. a. Party served:          JETBLUE AIRWAYS CORPORATION
   b. Person served:         BRANDON SJELIN, PROCESS SPECIALIST, White, Male, 35 Years Old, Black
                             Hair, 5 Feet 11 Inches, 170 Pounds

4. Address where the party was served:   NATIONAL REGISTERED AGENTS, INC.
                                         2875 MICHELLE DRIVE
                                         SUITE 100
                                         IRVINE, CA 92606

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Nov. 28, 2012 (2) at: 2:54PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JETBLUE AIRWAYS CORPORATION

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. SHAWN O'MALLEY                         d. The Fee for Service was:    $75.00
      2300 P Street                          e. I am: (3) registered California process server
      Sacramento, CA 95816                      (i) Independent Contractor
      (916) 498-0808                            (ii) Registration No.:    1996
      FAX (916) 498-0817                        (iii) County:    Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Nov. 29, 2012

                                                              Shawn O'Malley
                                                              (SHAWN O'MALLEY)

Judicial Council Form POS-010              PROOF OF SERVICE                          wlbe.220210
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS IN A CIVIL CASE

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 11/28/12 |
|---|---|
| NAME OF SERVER (PRINT) Shawn O'Malley | TITLE process server |

Check one box below to indicate appropriate method of service

By Serving: Jetblue Airways Corporation

☐ Served personally upon the defendant. Place where served: National Registered Agents, Inc. 2875 Michelle Drive #100, Irvine, CA 92606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Brandon Sjelin, process specialist

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/__/12

Signature of Server: Shawn O'Malley

Address of Server: 2300 P. Street, Sac, CA 95816