Shelley G. Hurwitz  (SBN 2175566)
HOLLAND & KNIGHT LLP
400 S. Hope Street, 8th Floor
Los Angeles, California 90071-2040
Telephone:  (213) 896-2400
Facsimile:   (213) 896-2450

Attorneys for Defendant
JetBlue Airways Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| LINDA TONEY,<br><br>   Plaintiff,<br><br>   vs.<br><br>JETBLUE AIRWAYS CORPORATION, and DOES 1 through 100,<br><br>   Defendants. | Case No.: CV-12-02139 MCE-EFB<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF JETBLUE AIRWAYS CORPORATION** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant JetBlue Airways Corporation ("JetBlue"), by and through its attorneys, Holland & Knight LLP, states that the following publicly held corporations own 10% or more of the stock of JetBlue: DEUTSCHE LUFTHANSA AG and FMR LLC.

| | | |
|---|---|---|
| 1 | Date: December 19, 2012 | HOLLAND & KNIGHT LLP |
| 2 | | |
| 3 | | By:   /s Shelley G. Hurwitz |
| | | Shelley G. Hurwitz |
| 4 | | |
| 5 | | *Attorneys for Defendant* |
| | | *JetBlue Airlines Corporation* |

## PROOF OF SERVICE BY ECF SYSTEM

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is the law firm of Holland & Knight LLP located at 400 S. Hope St., 8th Floor, Los Angeles, California 90071. On December 19, 2012, I electronically served the documents described below via the ecf system:

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF JETBLUE AIRWAYS CORPORATION

on the following recipients:

**William L. Berg**
**Diem T. Tran**
**Berg Injury Lawyers**
**640 Watt Avenue, Suite 100**
**Sacramento, CA 95864**
**Phone (916) 641-5800**
**Fax (916) 641-2629**

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct and was executed on December 19, 2012 at Los Angeles, California.

                                                                /s/ Shelley Hurwitz
                                                                  Shelley Hurwitz