HOLLAND & KNIGHT LLP
Shelley G. Hurwitz (State Bar #217566)
400 S. Hope St., 8th Floor
Los Angeles, California 90071-2040
Telephone (213) 896-2400
Facsimile (213) 896-2450
shelley.hurwitz@hklaw.com

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TONEY, <br><br> Plaintiff, <br><br> vs. <br><br> JETBLUE AIRWAYS CORPORATION, <br><br> Defendant. | Case No. 2:12-CV-02139-MCE-EFB <br><br> **JOINT STATUS REPORT** |

Pursuant to the order of this court, the parties have met and conferred and submit the following Joint Status Report:

### A. A BRIEF SUMMARY OF THE CLAIMS

In this personal injury action, Plaintiff Linda Toney ("Plaintiff") alleges that defendant JetBlue Airways Corporation ("JetBlue") acted in a negligent manner during the approach and landing of JetBlue Flight 262 into Sacramento on August 26, 2010 (the "Incident"), to include the resultant emergency evacuation, during

JOINT REPORT - 1 -

which Plaintiff allegedly sustained personal injuries. JetBlue denies all allegations against it.

B. **STATUS OF SERVICE**

JetBlue is the only defendant in this matter, and has been served. There are no cross-defendants

C. **ADDITIONAL PARTIES**

No additional parties are contemplated at this time.

D. **AMENDMENTS TO THE PLEADINGS**

No amendments are contemplated at this time.

E. **JURISDICTION AND VENUE**

Jurisdiction is based upon diversity of citizenship under 28 U.S.C. §1332. Venue is based on 28 U.S.C. §1391(a)(2) because a substantial part of the events or omissions on which the claims are based occurred in this district.

F. **DISCOVERY**

(1) Initial Disclosures: The parties do not request any change in the categories of information disclosed pursuant to the Initial Disclosure requirements of Rule 26(a)(1). Both parties will exchange such information on or before February 15, 2013.

(2) Subjects of Discovery: JetBlue proposes that discovery should be completed in two phases. The first phase will be limited to the injuries suffered by the plaintiff. The second phase will include liability issues (as well as continuing medical and other damages issues). JetBlue proposes that the first phase be complete by July 30, 2013, and that the second phase be complete by September 30, 2013.

Plaintiff does not agree that discovery should be conducted in phases, but agrees with the proposed discovery cut-off of September 30, 2013.

JOINT REPORT

(3) <u>Limitations on Discovery:</u> The parties do not propose that any changes be made in the limitations on discovery imposed under the Civil Rules.

(4) <u>Expert Disclosures:</u> The parties propose that expert disclosures be made 120 days before trial, or April 25, 2014, and rebuttal disclosures be made 30 days thereafter.

(5) <u>Pretrial Disclosures</u>: The parties propose that information about evidence that may be presented at trial be disclosed 30 days prior to trial. (Rule 26(f)(3))

(6) <u>Proposed Discovery Cut-off:</u> The parties propose that fact discovery be governed by Section (2) above, and that expert discovery close thirty days before trial.

G. **NON-DISCOVERY MOTIONS**

The parties propose that non-discovery motions be filed by June 30, 2014.

H. **TRIAL**

The parties propose that the trial be scheduled for August 25, 2014, and that a pretrial conference be held on August 11, 2014.

I. **TRIAL ESTIMATE**

The parties estimate a 7-10 day trial. Plaintiff has demanded a jury.

J. **MAGISTRATE**

The parties do not consent to reference to a special master nor agree to try the matter before a magistrate judge.

K. **PRETRIAL PROCEDURE**

There are no special issues in this matter that would require a modification of pretrial procedure.

L. **RELATED CASES**

There are no related cases.

JOINT REPORT

- 3 -

**M.** **SETTLEMENT**

The parties are amenable to mediation before a private mediator.

**N.** **OTHER**

JetBlue requests that the Court enter an order requiring Plaintiff to submit to a defense physical medical examination. Plaintiff has agreed to entry of said order.

Dated: January___, 2013

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Shelley G. Hurwitz/*

Shelley G. Hurwitz
Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

Dated: January 26, 2013

Respectfully submitted,

BERG INJURY LAWYERS

*/s/ Roeuth/*

Bill Ginsburg
Roeuth Sam
Attorneys for Defendant
LINDA TONEY

#11973031_v1

## PROOF OF SERVICE BY ECF SYSTEM

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within entitled action.  My business address is the law firm of Holland & Knight LLP located at 400 S. Hope St., 8th Floor, Los Angeles, California 90071.  On January 28, 2013, I electronically served the documents described below via the ecf system:

**JOINT STATUS REPORT**

on the following recipients:

**William L. Berg**
**Diem T. Tran**
**Berg Injury Lawyers**
**640 Watt Avenue, Suite 100**
**Sacramento, CA 95864**
**Phone (916) 641-5800**
**Fax (916) 641-2629**

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct and was executed on January 28, 2013 at Los Angeles, California.

/s/ Shelley Hurwitz
Shelley Hurwitz