BERG INJURY LAWYERS
William L. Berg (273843)
64 Watt Avenue, Suite 100
Sacramento, CA 95864
Los Angeles, California 90071
Telephone: 916.641.5800
Fax: 916.641.2629

Attorneys for Plaintiff
Linda Toney

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TONEY,<br><br>        Plaintiff,<br><br>    vs.<br><br>JETBLUE AIRWAYS CORPORATION and Does 1-100,<br><br>        Defendants. | Case No.: 2:12-CV-02139-MCE-EFB<br><br>**STIPULATION RE SETTLEMENT OF ENTIRE ACTION TO INCLUDE DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action be and hereby is dismissed with prejudice, and without attorneys' fees, costs, or expenses, to any party, subject to reopening by either party by letter request within ninety (90) days of entry of this Order should settlement not be consummated.

Dated: October 31, 2013

_____
BERG INJURY LAWYERS
William L. Berg
Roeuth Sam
Attorneys for Plaintiff
LINDA TONEY

Dated: October 31, 2013

                            /s Shelley Hurwitz
                            HOLLAND & KNIGHT LLP
                            Shelley G. Hurwitz
                            Attorneys for Defendant
                            JETBLUE AIRWAYS CORPORATION,
                            a Delaware corporation

IT IS SO ORDERED

      DATED: _____, 2013      _____
                                                    US DISTRICT COURT JUDGE

# PROOF OF SERVICE BY ECF SYSTEM

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is the law firm of Holland & Knight LLP located at 400 S. Hope St., 8th Floor, Los Angeles, California 90071. On October 31, 2013, I electronically served the documents described below via the ecf system:

**STIPULATION RE SETTLEMENT OF ENTIRE ACTION TO INCLUDE DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** on the following recipients:

**William L. Berg**
**Diem T. Tran**
**Berg Injury Lawyers**
**640 Watt Avenue, Suite 100**
**Sacramento, CA 95864**
**Phone (916) 641-5800**
**Fax (916) 641-2629**

I declare under penalty of perjury pursuant to the laws of the State of California and the United States that the foregoing is true and correct and was executed on October 31, 2013 at Los Angeles, California.

/s/ Shelley Hurwitz
Shelley Hurwitz