1  BERG INJURY LAWYERS
   William L. Berg (273843)
2  64 Watt Avenue, Suite 100
   Sacramento, CA 95864
3  Los Angeles, California 90071
   Telephone: 916.641.5800
4  Fax: 916.641.2629

5  Attorneys for Plaintiff
   Linda Toney

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TONEY, | Case No.: 2:12-CV-02139-MCE-EFB |
| Plaintiff, | **STIPULATION RE SETTLEMENT OF ENTIRE ACTION TO INCLUDE DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| JETBLUE AIRWAYS CORPORATION and Does 1-100, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action be and hereby is dismissed with prejudice, and without attorneys' fees, costs, or expenses, to any party, subject to reopening by either party by letter request within ninety (90) days of entry of this Order should settlement not be consummated.

Dated: October 31, 2013

/s William L. Berg
BERG INJURY LAWYERS
William L. Berg
Attorneys for Plaintiff
LINDA TONEY

Dated: October 31, 2013

/s Shelley Hurwitz
HOLLAND & KNIGHT LLP
Shelley G. Hurwitz
Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION,
a Delaware corporation

IT IS SO ORDERED.

Dated: November 18, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT