BERG INJURY LAWYERS
William L. Berg (273843)
64 Watt Avenue, Suite 100
Sacramento, CA 95864
Los Angeles, California  90071
Telephone: 916.641.5800
Fax: 916.641.2629

Attorneys for Plaintiff
Linda Toney

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA TONEY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JETBLUE AIRWAYS CORPORATION and Does 1-100,<br><br>　　　　　　Defendants. | Case No.: 2:12-CV-02139-MCE-EFB<br><br>**STIPULATION RE SETTLEMENT OF ENTIRE ACTION TO INCLUDE DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action be and hereby is dismissed with prejudice, and without attorneys' fees, costs, or expenses, to any party, subject to reopening by either party by letter request within ninety (90) days of entry of this Order should settlement not be consummated.

Dated: October 31, 2013

　　　　　　　　　　　　　　　　　　/s William L. Berg
　　　　　　　　　　　　　　　　　　BERG INJURY LAWYERS
　　　　　　　　　　　　　　　　　　William L. Berg
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　LINDA TONEY

Dated: October 31, 2013

/s Shelley Hurwitz
HOLLAND & KNIGHT LLP
Shelley G. Hurwitz
Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION,
a Delaware corporation

IT IS SO ORDERED.

Dated: November 18, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT